## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-02376

Sheriff's Sale Date: _____

V.

**CARL ROYER, ET AL,**
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served THERESA ROYER the above process on the 7 day of January, 2017, at 4:20 o'clock, P M, at 51 WEST CATAWISSA APT 1 NESQUEHONING, PA 18240 , County of Carbon, Commonwealth of Pennsylvania:

**Manner of Service:**

☑   By handing a copy to the Defendant(s)

Description: Approximate Age <u>61-65</u>  Height <u>5'4</u>  Weight <u>225</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>  Hair <u>RED</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _<u>Pa</u>_____  )
                                                                         ) SS:
County of ____<u>Berks</u>_____             )

Before me, the undersigned notary public, this day, personally, appeared _____<u>Denise Hinkle</u>_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-163236
Case ID #:4782696

Subscribed and sworn to before me
this <u>10</u> day of <u>Jan</u>, 20 <u>17</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017