# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-02376 |
| vs. | |
| CARL ROYER<br>THERESA ROYER | |
| Defendants | |

## ORDER

AND NOW, this 15th day of February, 2017,

upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. Plaintiff shall have thirty (30) days from the date of this Order to make service.

_____ J.