UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> CARL ROYER <br> THERESA ROYER <br><br> Defendants | CIVIL ACTION NO. 16-02376 |

**ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL**

AND NOW, this 21st day of Feb 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the CARL ROYER cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at 203 West Mill Street Nesquehoning, PA 18240, it is hereby ORDERED, ADJUDGED AND DECREED:

That the Summons and Complaint in Mortgage Foreclosure be served on CARL ROYER by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendant's last known address of 50 West Catawissa Street, Floor 1, Nesquehoning, PA 18240. Service shall be completed upon posting or upon mailing, whichever occurs later.

*[signature]*