# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

**v.**

CARL ROYER THERESA ROYER; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-02376

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served CARL ROYER the above process on the 1 day of March, 2017, at 4:54 o'clock, PM, at 203 west mill street NESQUEHONING, PA 18240 , County of Carbon, Commonwealth of Pennsylvania:

**Manner of Service:**

☑   By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____        2) _____        3) _____

Commonwealth/State of _PA_____        )
                                                                            ) SS:
County of _____Berki_____        )

Before me, the undersigned notary public, this day, personally, appeared _____Denise Hinkle_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_Denise Hinkle_____
(Signature of Affiant)

File Number:USA-163236
Case ID #:4821122

Subscribed and sworn to before me

this _7_ day of ___Mar__ , 20_17_ .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

*PCO / Brittni A*

## USPS Manifest Mailing System

Page   1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>5914-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703800755254<br>9171999991703800755254 | ROYER, CARL<br>50 West Catawissa St.<br>FL 1<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755261<br>9171999991703800755261 | ROYER, CARL<br>203 West Mill Street<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755278<br>9171999991703800755278 | CLARK, QUEEN E.<br>249 Seymour Street #10<br>Lancaster, PA 17603 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |

*[Round stamp: PHILA, PA 19106 — USPS CONTINENTAL STATION — FEB 22 2017]*

| | | | | | |
|---|---|---|---|---|---|
| Page Totals | 3 | | 2.78 | 14.55 | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | 17.33 |

### USPS CERTIFICATION

Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

Name and Address of Sender
**KML LAW GROUP, P.C.**
**SUITE 5000**
**701 MARKET STREET**
**PHILADELPHIA, PA**
**19106-1532**

Check type of mail or service;

☐ Certified      ☐ Recorded Delivery (International)
☐ COD           ☐ Registered
☐ Delivery Confirmation   ☐ Return Receipt
☐ Express Mail   ☐ Signature
☐ Insured

Affix Stamp Here
Issued as a
ficate of mailing.
additional copies
bill)
lark and
f Receipt

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 19106   **$ 002.70⁰**
02 1W
0001391829 FEB 22 2017

| Article Number | Addressee (Name) | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | °0  CARL ROYER  ROYER, CARL  street  203 West Mill  Nesquehoning, PA 18240 | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | °0  CARL ROYER  ROYER, CARL  50 West Catawissa St.  Nesquehoning, PA 18240 | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |

Total Number of Pieces
Listed by Sender   (2)

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form **3877,** February 2002 (Page 1 of 2)

USA-163236   Carbon County  Sale Date:

CARL ROYER & THERESA ROYER

RCO - Back to Britni Arsyshyn