## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:16cv2376** |
| | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **CARL ROYER and THERESA ROYER,** | : | |
| **Defendants** | : | |

## ORDER

A review of the docket in the above-captioned matter indicates that the United States of America (hereinafter "the government") filed a complaint on November 29, 2016.  (Doc. 1).  The government served Defendant Theresa Royer with the complaint and summons on January 7, 2017.  (Doc. 3).  The government then served Defendant Carl Royer with the complaint and summons on March 1, 2017.  (Doc. 9).  More than twenty-one (21) days have elapsed since the service of the initial pleading and the defendants have yet to file an appropriate response.  (See FED. R. CIV. P. 12(a)(1)(A)(i)).

The government bears the responsibility of prosecuting an action.  In light of the inactivity in this litigation since the filing of the summons, with no answer or motion under Rule 12 having been filed on behalf of the defendants,

**IT IS HEREBY ORDERED THAT:**

(1) Within ten (10) days from the date of this order, the government shall make an appropriate filing to further this action; and

(2) Failure to comply with this order will result in the dismissal of this action for failure to prosecute.

**BY THE COURT:**

**JUDGE JAMES M. MUNLEY**
**United States District Court**

3/28/17

2