UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br>CARL ROYER<br>THERESA ROYER<br>　　　　　　　　Defendants | Civil Action No: 16-02376 |

## DEFAULT

AND NOW, this _28th_ day of _March_, 2017, default is hereby entered against defendant, CARL ROYER and THERESA ROYER for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_[signature]_
_____
Deputy Clerk